AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 13  P 12: 06

CLERK'S OFFICE
AT GREENBELT
BY _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-1130-M |
| CARL SHEERER | ) | |
| 1001 Spring Street, Apartment 701 | ) | |
| Silver Spring, MD 20910 | ) | |
| DOB 11/11/1955; SSN ***-**-1513 | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July, 2013,__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1905 | being an employee of the United States, did knowingly and unlawfully publish, divulge, disclose and make known to an extent not authorized by law information coming to him in the course of his employment and official duties, which information concerns and relates to the identity of persons. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Justin Stephen, TIGTA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/13/2014

_____
*Judge's signature*

City and state:   Greenbelt, Maryland     Charles B. Day, United States Magistrate Judge
*Printed name and title*