

FILED ___ ENTERED  
LODGED ___ RECEIVED  

AUG 14 2014  
AT GREENBELT  
CLERK U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY _____ DEPUTY

# U.S. District Court for the District of Maryland (Greenbelt)

### The Honorable: Magistrate Judge Thomas M. DiGirolamo

## DISPOSITION SHEET

WG-14 CR 0382

**Carl Sheerer**  
1001 Spring Street  
Apartment 701  
Silver Spring, MD 20910

**CASE NO:** 8:14–mj–01130–TMD

| | | | |
|---|---|---|---|
| Court date | 08/13/2014 | Court Time | 11:00 AM |
| Location | MDO | | |
| Counsel | Daniel Jay Wright | Type Counsel | RET |
| Officer | Justin Stephen | Date of Charge | 05/13/2014 |
| Setting | Bench Trial | AUSA | |
| Comments | | | |

**Charges:** 18 U.S.C. Sec. 1905; Being an employee of the United States, did knowingly and unlawfully publish, divulge, disclose and make known to an extent not authorized by law information coming to him in the course of his employment and official duties, which information concerns and relates to the identity of persons. (XXXXXXXX) (1)

| | |
|---|---|
| Offense | 18:1905.M |
| Citation # | XXXXXXXX/MD75 |
| Disposition | |
| Date Issued | 05/13/2014 |
| Date Sat | |

*Jury trial before magistrate judge*